■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES BRENNAN.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JEAN I. RABINOWITZ v. MAURICE S. INDURSKY.— Motion for leave to reargue and for resettlement denied, with $10 costs. Concur — Breitel, J. P., Rabin, Stevens and Eager, JJ.

■ MARIA HERNANDEZ, an Infant, by Her Guardian ad Litem, ANGEL HERNANDEZ, et al. v. MT. SINAI HOSPITAL.— Motion for leave to dispense with printing denied, with $10 costs, without prejudice to a renewal thereof upon proper papers. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ROSARY CUZZACRE, Assignee of ORRY H. FRUTKIN v. BENCO TOGS, INC. — Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CIAPPETTA. (B) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK D. JONES.—Motion for leave to reargue granted and upon reargument motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court. Anthony F. Marra, Esq., of 100 Centre Street, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. RALPH STAIGER. [Same decision.] (D) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES CARRAWAY. [Same decision.] Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ. (E) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL MERCADO. [Same decision.] Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ. (F) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK BRIGANTI. [Same decision.] Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE SCOTT.— Motion for leave to reargue granted and upon reargument motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court. Anthony F. Marra, Esq., of 100 Centre Street, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. The order of this court entered on October 29, 1959, dismissing said appeal is vacated. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS ALVAREZ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. LEONARD ROSENFELD, PHILIP J. BUCKLES and JAMES KELLY. (C) THE PEOPLE OF THE STATE OF NEW YORK v. MYER STEIN.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.